Louis S. Goldstein, Respondent, *v.* Tri-Continental Corporation et al., Defendants, and Earle Bailie et al., Appellants.

Submitted September 25, 1939; decided October 3, 1939.

*Edward A. Rothenberg* for motion.

*Frederick H. Wood* opposed.

Motion denied.